IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| B2B4E INVESTMENT HOLDINGS, INC. DBA MADISON MED | § § § | |
| *Plaintiff*, | § § | Civil Action No. |
| VS. | § § § | |
| ADAPTIV RESEARCH & DEVELOPMENT, LLC DBA ADAPTIV BIOMED | § § § § | |
| *Defendant*. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW Plaintiff, B2B4E Investment Holdings, Inc. dba Madison Med ("Madison Med") and files this Original Complaint and shows this Honorable Court as follows:

### I. Introduction

1. This case is necessary because the Defendants' have breached the Commission Agreement by refusing to pay Plaintiff what is owed. Plaintiff seeks damages and attorney's fees from the Defendant.

### II. Parties

2. Plaintiff B2B4E Investment Holdings, Inc. dba Madison Med ("Madison Med" or "Plaintiff") is a Texas Limited Liability Company.

3. Defendant Adaptiv Research & Development Group, LLC dba Adaptiv Biomed ("Adaptiv" and/or "Defendant") is a Tennessee LLC and may be served through its registered agent Registered Agents Inc., at 5810 Shelby Oaks Dr Suite B Memphis TN 38134-7315.

### III. Venue and Jurisdiction

4. The Parties are citizens of different states, and Plaintiff seeks damages in excess of $75,000, exclusive of interest and costs. Accordingly, this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.

5. Venue is appropriate in this judicial district pursuant to 28 U.S.C. §§1391(b) because the Commission Agreement has a choice of law and venue provision whereby the parties agreed this Court would be proper venue for any proceedings arising out of the Commission Agreement.

### IV. Facts

6. Plaintiff and Defendant entered into that certain Commission Agreement ("Agreement") on November 5, 2021. Per the terms of the Agreement Defendant was to pay Plaintiff certain commissions on sales made by Plaintiff. The Agreement is a valid and existing contract. Plaintiff has performed all duties and conditions precedent per the terms of the Agreement. Defendant is in breach of the Agreement for failure to pay commission earned by Plaintiff pursuant to the terms of the Agreement. Specifically, Plaintiff is owed $122,850.00.

7. Accordingly, Plaintiff brings this suit against Defendant.

## V. Causes of Action

### A. Breach of Contract

8. All of the foregoing paragraphs are re-alleged and incorporated herein at this point for all purposes.

9. Plaintiff and Defendant entered into a valid written contract, the Commission Agreement attached hereto as Exhibit A and incorporated by reference into this Complaint.

10. Defendant has material breached the Agreement by failing to pay commissions owed to Plaintiff pursuant to the terms of the Agreement.

11. Plaintiff has been materially damaged by Defendant's refusal to pay money owed to Plaintiff.

12. <u>Attorney's fees.</u> Request is made for all costs and reasonable and necessary attorney's fees incurred by or on behalf of Plaintiff here, including all fees necessary in the event of an appeal of this cause, as the Court deems equitable and just, as provided by Florida Statute Section 57.105.

## VI. Conditions Precedent

13. All conditions precedent for the claims above have been performed, excused, waived, or otherwise satisfied.

## VII. Prayer

**WHEREFORE, PREMISES CONSIDER,** Plaintiff respectfully prays that the Court to do the following:

a) Render Judgment for Plaintiff and against Defendant for actual damages;

b) Assess costs and expenses against Defendant;

c) Render judgment for pre- and post-judgment interest at the maximum rate allowed by law; and

d) Award such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**THE ORLANDO LAW GROUP, PL**

By:   */s/ Jennifer A. Englert*
**Jennifer A. Englert, Esq.**
Florida Bar No.: 180297

12301 Lake Underhill Road, Suite 213
Orlando, FL 32828
407-512-4394 (Telephone)
407-955-4654 (Facsimile)
jenglert@theorlandolawgroup.com
cneedham@theorlandolawgroup.com
**ATTORNEYS FOR PLAINTIFF**